

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00704-CR

**EX PARTE** James Burke **JARREAU**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 5552
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order denying James Burke Jarreau's application for a pretrial writ of habeas corpus is AFFIRMED and this case is REMANDED to the trial court for further proceedings.

SIGNED December 23, 2020.

_____
Irene Rios, Justice